FRANK STAMATO & CO., PLAINTIFF-PETITIONER, v.
BOROUGH OF LODI, DEFENDANT-RESPONDENT.

See same case below: 4 *N. J. Super.* 505.

*Messrs. Heller & Laiks* for the petitioner.

*Messrs. Di Maria & Di Maria* for the respondent.

November 7, 1949.   Granted.

AUSTIN AGNEW, ET AL., PLAINTIFFS-PETITIONERS, v.
AMERICAN ICE COMPANY, ET AL., DEFENDANTS-
RESPONDENTS.

*Messrs. Lum, Fairlie & Foster, Mr. Vincent P. Biunno* and
*Mr. William M. Chadbourne,* of the New York Bar, for the
petitioners.

*Messrs. Young, Shanley, Foehl & Fisher* for the respondent
Continental, Illinois National Bank and Trust Company of
Chicago.

*Messrs. Pitney, Hardin & Ward, Mr. Donald B. Kipp* and
*Mr. William P. Reiss* for the respondent American Ice Com-
pany.

November 14, 1949.   Denied.